IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV338-MU

| | | |
|---|---|---|
| DEBORAH A. FETHERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BARBARA NOGRASEK AND | ) | |
| NORTHERN TOOL & EQUIPMENT | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon a Complaint filed by Plaintiff pro se. Defendants have filed a motion to dismiss for improper venue, or in the alternative, transfer venue.

It appears that these Defendants may be entitled to a dismissal in this action, or a transfer of venue, as a matter of law. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, DEBORAH A. FETHERSON, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendants' brief supporting the Motion to Dismiss or Transfer Venue.

Within fourteen days of the date of entry of this Order, the Plaintiff must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dismiss or Transfer Venue. If you fail to respond to

this motion, the court will proceed to decide the matter. A copy of the response must be served on the Defendants and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendants' Motion to Dismiss or Transfer Venue.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendants. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: September 9, 2009

Graham C. Mullen
United States District Judge